## Commonwealth *v.* Altier, Appellant.

Submitted June 10, 1968. *J. Michael Williamson*, Public Defender, for appellant; *Allan W. Lugg*, for appellee.

Order affirmed.